No. 1733. Aparicio Hermanos, Apelados, v. H. C. Christianson & Cía., Apelados, y Cadierno y Gómez, Apelantes.—Rescisión y daños y perjuicios. Ponce. Abril 15, 1918. *Confirmada la sentencia por los fudamentos del caso Arbona Hermanos. v. H. C. Christianson & Co. y Cadierno et al., resuelto en abril 15, 1918, (p. 284).*

No. 1533. Veray, Apelante y Apelado, v. Marín et al., Apelados y Apelantes.—Bienes reservables; reconsideración. Aguadilla. Abril 15, 1918. *No ha lugar a la reconsideración solicitada.*

No. 353. Lasa e Iraola, Recurrente, v. Registrador de San Juan, Sección 2ª., Recurrido.—Recurso gubernativo. Abril 18, 1918. *Confirmada la nota recurrida por los fundamentos del caso Sánchez v. El Registrador de San Juan, resuelto en abril 18, 1918, (p. 305).*

No. 1840. Díaz Molinaris et al., Peticionarios, v. Cividanes y Alonso, Opositor y Apelante, y Cautiño, Ex-administrador Judicial, Apelado.—Administración judicial; rendición de cuentas. Guayama. Abril 18, 1918. *Desestimado el recurso.*

No. 1844. Gómez, Apelante, v. Jiménez, Apelada.—Reconocimiento de servidumbre de paso. Humacao. Abril 22, 1918. *Desestimada la apelación.*

No. 1845. Isern y Fleitas et al., Apelados, v. Ramírez et al., Apelantes. — Declaración de vencimiento de pagarés. Mayagüez. Abril 22, 1918. *Desestimada la apelación.*